## CHAPMAN CHILDRENS TRUST II, Appellant,

v.

## John E. POTTER, Postmaster General, Appellee.

No. 04–1078.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

Rehearing En Banc Denied Nov. 30, 2004.

Canada, M. Kent, Hancock & Canada, Amarillo, TX, for Appellant.

Colt, James D., Department of Justice, Melnick, Mark A., Department of Justice, Cohen, David M., Department of Justice, Washington, DC, Appellee.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and SCHALL, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36